UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
RICHARD SEEMER,
               Plaintiff,
v.

VILLAGE OF TUCKAHOE, LAWRENCE
ROTTA, PETER COSTA, MICHAEL
GUTTMAN, VINCENT PINTO, JOHN AND
JANE DOE 1 THROUGH 10, ANDREA
PINTO, CHRISTOPHER AUBRY, ANDREW
ZIROLNIK, ABELARDO BAUTISTA, and
JAMES KENNEDY,
               Defendants.
--------------------------------------------------------------x

**ORDER OF DISMISSAL**

21 CV 419 (VB)

     The Court has been advised that the parties have reached a settlement of this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than August 20, 2021. To be clear, any application to restore the action must be filed by August 20, 2021, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

     All other deadlines, scheduled conferences, or other scheduled court appearances are canceled. Any pending motions are moot.

     The Clerk is instructed to close this case.

Dated: July 21, 2021
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge